```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | D.C. NO. 2-11-cr-0535 KJM |
| v. | APPLICATION AND ORDER FOR UNSEALING INDICTMENT |
| TERRY ALAN SNIDER, | |
| Defendant. | |

On December 16, 2011, the indictment was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment and this case be unsealed.

DATED: December 19, 2011            BENJAMIN B. WAGNER
                                    United States Attorney


                                    By:/s/ Kyle F. Reardon
                                       KYLE F. REARDON
                                       Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: December 19, 2011            /s/ Carolyn K. Delaney
                                    HON. CAROLYN K. DELANEY
                                    U.S. Magistrate Judge