IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00535 KJM |
| Plaintiff, | |
| v. | **ORDER** |
| TERRY ALAN SNIDER, | |
| Defendant. | |

The United States' motion is granted. The restitution hearing is vacated. An "Amended Judgment in a Criminal Case" (AO 245C) showing that no restitution is ordered in this case will be filed.

Count Two of the Indictment in the above-captioned matter is dismissed.

Dated: January 8, 2013.

_____
UNITED STATES DISTRICT JUDGE